1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2020

SEAN F. McAVOY, CLERK

3

4

5            UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,

8                              Plaintiff,                NO:  2:20-CR-113-RMP-1

9        v.                                              ORDER GRANTING MOTION FOR
                                                         PROTECTIVE ORDER AND
                                                         ACCOMPANYING MOTION TO
10   SALVADOR ORTIZ-CABRERA,                             EXPEDITE HEARING OF THE SAME

11                              Defendant.

12

13        BEFORE THE COURT is the Government's Motion for Protective Order,

14   ECF No. 31, and accompanying Motion to Expedite Hearing of the same, ECF No.

15   32.  There being no objection by Defendant to the entry of the protective order (*see*

16   ECF No. 31 at 1) the Court finds good cause to grant the Government's request.

17        Accordingly, **IT IS HEREBY ORDERED**:

18        1.    The Government's Motion for a Protective Order, **ECF No. 31**, and

19   accompanying Motion to Expedite, **ECF No. 32,** are **GRANTED**.

20        2.    The Government will provide discovery materials on an ongoing basis

21   to defense counsel;

ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND
ACCOMPANYING MOTION TO EXPEDITE HEARING OF THE SAME ~ 1

3.     Discovery materials that contain the voice or image of a confidential source will be made available for defense counsels' review at the United States Attorney's Office.  Until further Order of the Court, those materials may not be shown to the Defendant or left in the Defendant's custody;

4.     Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

5.     Defense counsel may show to, and discuss with the Defendant, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

6.     Defense counsel shall not provide original or copies of discovery materials to the Defendant;

7.     Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

8.     The Government, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed court proceedings relevant to Case No. 2:20-CR-00113-RMP; provided however, any written reference to the content of the protected discovery shall be filed under

ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND
ACCOMPANYING MOTION TO EXPEDITE HEARING OF THE SAME ~ 2

1    seal.

2        **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order

3    and provide copies to counsel.

4        **DATED** September 25, 2020.

5

6                                              *s/ Rosanna Malouf Peterson*
                                              ROSANNA MALOUF PETERSON
                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND
ACCOMPANYING MOTION TO EXPEDITE HEARING OF THE SAME ~ 3