FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR ORTIZ-CABRERA,<br><br>Defendant. | NO: 2:20-CR-113-RMP-1<br><br>ORDER AMENDING PROTECTIVE ORDER |

IT IS HEREBY ORDERED that:

1. The Government's Motion to Amend Protective Order, **ECF No. 47**, is **GRANTED**.

2. The Protective Order, ECF No. 34, is hereby amended as follows:

- Paragraph three is amended to: Discovery materials that contain the voice or image of a confidential source may be provided to defense counsel and shown to the Defendant, but may not be left in the Defendant's custody.

ORDER AMENDING PROTECTIVE ORDER ~ 1

    - Paragraph four is amended to: Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials, including sealed documents.

    - Paragraph five is amended to: Defense counsel may show to and discuss with the Defendant all discovery materials, including sealed documents.

    3.    The Government will continue to provide discovery materials on an on-going basis to defense counsel.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** November 5, 2020.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                            United States District Judge