FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-CABRERA,<br><br>Defendant. | No. 2:20-CR-00113-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 81** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 81).  Specifically, Defendant requests that the Court modify his conditions of release to allow him to take his wife to and from any and all medical appointments and be present with his wife at any medical appointments or hospital stays.  Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion.  Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 81**) is **GRANTED**.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

2.      Special Condition No. 28 (**ECF No. 76**), with respect to the court-ordered condition of Home Detention, shall be **MODIFIED** as follows:

> **Home Detention**: Defendant shall be restricted to his residence at all times except for: attorney visits, court appearances, case-related matters, court-ordered obligations, or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.  Notwithstanding the foregoing, Defendant shall be permitted to take his wife to and from any and all medical appointments and be present with his wife at any medical appointments or hospital stays, including overnight stays.

3.      All other conditions of release shall remain in effect.

DATED December 27, 2021.

<em>s/Mary K. Dimke</em><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 2