FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ORTIZ-CABRERA,<br><br>Defendant. | No. 2:20-CR-00113-RMP-1<br><br>ORDER GRANTING MOTION TO EXPEDITE AND MODIFYING DEFENDANT'S CONDITIONS OF RELEASE<br><br>**ECF Nos. 84, 85** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 84) and Motion to Expedite (ECF No. 85). Defendant requests the Court modify his conditions of home detention to allow him to leave his residence from 8:00 a.m. to 6:00 p.m. to assist with the cleanup of a fire at his former residence.

Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion. Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 84**) and Motion to Expedite (**ECF No. 85**) are **GRANTED**.

ORDER - 1

1.    The provision contained in Special Condition No. 28 (**ECF No. 76**) providing for *Home Detention* is **STRICKEN** and **REPLACED** with the following condition:

<u>Curfew</u>: Defendant shall be restricted to Defendant's approved residence every day from 6:00 PM to 8:00 AM, unless additional time out is pre-approved by United States Probation/Pretrial Services.

2.    All other conditions of release shall remain in effect.

The District Court Executive shall enter this Order and provide copies to counsel and United States Probation.

DATED January 14, 2022.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2